IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CAROL WALKER                                                                        PLAINTIFF

vs.                                        Civil No. 6:16-cv-06012

CAROLYN W. COLVIN                                                          DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

     Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

     **ENTERED this 9th day of February 2017.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE